MAY 18, 1944

No. 49439.—SUIT 4452.——*United States v. F. Lester Kittle, Inc., et al.* C. D. 768 affirmed April 4, 1944. C. A. D. 276.

MAY 19, 1944

No. 49440.—SUIT 4454.— █—*United States* v. *New York Merchandise Co., Inc.,* Reap. Dec. 5858 affirmed April 4, 1944. C. A. D. 274.

BEFORE THE FIRST DIVISION, MAY 27, 1944

No. 49441.—Protests 965159–G, etc., of Atlantic & Pacific Packing Co., Inc.' et al. (New York).

Opinion by COLE, J. From the testimony of the examiner in behalf of the plaintiffs, and defense's sole witness who was a smoked-fish dealer of 29 years' experience, and who corroborated to some extent the examiner's testimony; and further, in view of Abstract 47541 and cited decisions, the court found that the merchandise in question is hard dry-smoked herring within the terms of the said Canadian Trade Agreements and therefore held it dutiable at ⅝ of 1 cent per pound as claimed.

BEFORE THE SECOND DIVISION, MAY 27, 1944

No. 49442.—Protests 97197–K, etc., of L. Greenberg & Son et al. (New York).

Opinion by TILSON, J. The record showed that certain items consist of pincushions or emeries in chief value of cotton, and others made or cut from velvet pile fabrics, all of which are in chief value of cotton having a staple of less than 1⅛ inches in length. These items are similar to those involved in Abstracts 48406 and 49006. Those in chief value of cotton were held dutiable at 40 percent under paragraph 923 as claimed, and those made or cut from velvet pile fabrics composed in chief value of cotton were held dutiable at 62½ percent under paragraph 909 as claimed.